## BOYD WHITE v. STATE.

No. A-6967.   Opinion Filed September 21, 1929.

(280 Pac. 1119.)

Bristow & Johnson, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of driving an automobile while intoxicated, and was sentenced to serve a term of six months in the state penitentiary. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.